IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NORMAN HENRY LITTLECALF, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | No. CIV-07-1099-C |
| WADE LOCKE, DEPUTY, | ) ) | |
| Defendant | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 17, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and civil rights complaint is dismissed without prejudice. Defendant's Motion for Involuntary Dismissal (Dkt. No. 33) is denied as moot.

IT IS SO ORDERED this 30th day of October, 2008.

ROBIN J. CAUTHRON
United States District Judge